UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

THEODORE PARISIENNE,

           Plaintiff,

- against -

4CONTROL MEDIA, INC.,

           Defendant.

Docket No. 17-cv-10076(LAK)

NOTICE OF MOTION OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT PURSUANT TO FED.R.CIV.P. 55(b)(2) and L.R. 55.2(b)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2018

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Richard P. Liebowitz, Esq., dated March 16, 2018, and the exhibits attached thereto; the Clerk's Certificate of Default attached hereto as Exhibit A; the complaint and exhibits attached hereto as Exhibit B; the summons attached hereto as Exhibit C; the affidavit of service attached hereto as Exhibit D; and the proposed order and default judgment attached hereto as Exhibit E; Plaintiff Theodore Parisienne ("Plaintiff") will move the Court, before the Honorable Lewis A. Kaplan (U.S.D.J.), at Courtroom 21B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure in Plaintiff's favor on the issues of liability and statutory damages of $30,000 for copyright infringement against Defendant 4Control Media, Inc. ("Defendant"); for Plaintiff's attorneys' fees and costs in the amount of $3,570 and $500, respectively; and for such further relief as this Court deems just and proper.

Dated: Valley Stream, New York

April 2, 2018

                               Respectfully submitted,

                               LIEBOWITZ LAW FIRM

                               **By: /richardpliebowitz/**
                               Richard P. Liebowitz
                               11 Sunrise Plaza, Suite 305
                               Valley Stream, New York 111580
                               (516) 233-1660

                               *Attorneys for Plaintiff VSL*

[Handwritten annotation:] Granted to the extent that plaintiff recover $750 plus $400 in costs. Denied in all other respects including attorney fees. No conclusory padded time records.

SO ORDERED

LEWIS A. KAPLAN, USDJ

4/27/18